| | |
|---|---|
| WILLIAM PAUL A. BYRD, Trustee,<br>William Paul Alexander Byrd Trust,<br><br>Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION, a<br>federally chartered credit union, and APRIL<br>GALEY, employee/agent,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

This matter is before the court for review of plaintiff's amended pro se complaint pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Robert B. Jones, Jr. entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's complaint be dismissed for lack of subject matter jurisdiction. (DE 15). Plaintiff did not file objections to the M&R, and the time within which to do so has expired. In this posture, the issues raised are ripe for ruling.

## BACKGROUND

Plaintiff commenced this action September 2, 2025, with complaint and motion for leave to proceed in forma pauperis, which motion was not in the proper form for this district. Following the court's order of deficiency and extension of time to October 20, 2025, plaintiff filed amended motion for leave to proceed in forma pauperis October 31, 2025. The original complaint, including allegations of violations of several criminal statutes, a securities recordkeeping statute, the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962(c), and various sections of the Uniform Commercial Code, and amended motion for leave to proceed in forma pauperis were

referred to the magistrate judge for frivolity review. Plaintiff filed November 3, 2025, motion for additional extension of time to comply with the court's order of deficiency. This motion also was referred to the magistrate judge.

The magistrate judge recommended dismissal with prejudice of plaintiff's original complaint as frivolous or, alternatively, for failure to state a claim. Plaintiff filed objections to the magistrate judge's recommendation and motion for leave to amend complaint. The court adopted in part the magistrate judge's recommendation, dismissed plaintiff's original complaint without prejudice, allowed leave to amend, and referred the matter again to the magistrate judge for review of amended complaint pursuant to § 1915(e).

### DISCUSSION

The district court reviews de novo those portions of a magistrate judge's M&R to which specific objections are filed. 28 U.S.C. § 636(b). The court does not perform a de novo review where a party makes only "general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendations." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Upon careful review of the record, "the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The magistrate judge recommends dismissal of the amended complaint for lack of subject matter jurisdiction over plaintiff's state law claims. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error. The court hereby ADOPTS the recommendation of the magistrate judge as its own. This action is DISMISSED for lack of subject matter jurisdiction.

2

SO ORDERED, this the 15th day of May, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge

3